**STATE of Missouri, Respondent,**

v.

**Fredrick L. PERKINS, Appellant.**

**No. WD 50715.**

Missouri Court of Appeals, Western District.

Jan. 9, 1996.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Attorney General, Jefferson City, for respondent.

Before FENNER, C.J., P.J., and SPINDEN and SMITH, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of second degree burglary, § 569.030, RSMo 1994, after jury trial, and sentence of fifteen years imprisonment as a prior and persistent offender.

Judgment affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Alberto A. MANCEBO, Appellant.**

**Alberto A. MANCEBO, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 49281, WD 50416.**

Missouri Court of Appeals, Western District.

Jan. 9, 1996.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from jury conviction of trafficking in the second degree, sentence therefrom, and denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).